UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| CHAI CHEN,<br><br>                Plaintiff,<br><br>v.<br><br>TAMIKA GRAY, as Director, New York District;<br>UR M. JADDOU, as Director, USCIS;<br>ALEJANDRO MAYORKAS, Acting Secretary, DHS,<br><br>                Defendants. | **STIPULATION OF**<br>**DISMISSAL**<br>**WITH PREJUDICE**<br><br>Civil Action No.<br>CV-23-1834<br><br>(Matsumoto, J.) |

-----------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: New York, New York  
        May 22, 2023

LING LI, ESQ.  
*Counsel for Plaintiff*  
9 Mott Street, Suite 301  
New York, New York 10013

By:    s/ Ling Li, Esq.  
       Ling Li, Esq.  
       (917) 496-7121  
       liling.esq@gmail.com

Dated: Central Islip, New York  
        May 22, 2023

BREON PEACE  
United States Attorney  
*Counsel for Defendants*  
Eastern District of New York  
610 Federal Plaza, 5th Floor  
Central Islip, New York 11722

By:    JAMES KNAPP (Digitally signed by JAMES KNAPP, Date: 2023.05.22 12:08:05 -04'00')  
       James H. Knapp  
       Assistant United States Attorney  
       (631) 715-7879  
       james.knapp@usdoj.gov

So Ordered:  
[signature]  
5.22.2023